RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\* FEB 13 2018 \*
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MITSUBISHI MOTORS NORTH AMERICA, INC.,

    Plaintiff,

v.

GRAND AUTOMOTIVE, INC. d/b/a PLANET MITSUBISHI,

    Defendant.
-----------------------------------------------------------------x

Case No.: _____

**ORDER TO SHOW CAUSE**

CV18 0814
FEUERSTEIN, J.
LOCKE, M. J.

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of John McElroy, together with Exhibits A through D annexed thereto, sworn to on February __, 2018; the Declaration of Edward F. Maluf, together Exhibits A and B annexed thereto, sworn to on February __, 2018; the Memorandum of Law in Support of Mitsubishi Motors North America, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction; and upon the Complaint herein, it is:

**ORDERED**, that the above named Defendant Grand Automotive, Inc. d/b/a Planet Mitsubishi ("Defendant") show before this Court, at Room ____, United States Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722, on February ____, 2018 at _____ AM/PM, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65(a) enjoining Defendant, including its subsidiaries, affiliates, officers, directors, employees, and all others acting in concert with each and all of them, during the pendency of this action, from (a) utilizing any Mitsubishi trade name, trademark, or trade dress at 306 Main

~~Street, Hempstead, New York 11550 (the "Main Street Location"), and (b) operating a~~ Mitsubishi dealership at the Main Street Location, except that Defendant may sell used motor vehicles at the Main Street Location.

**IT IS FURTHER ORDERED,** pursuant to Federal Rule of Civil Procedure 65(b), pending the determination of Plaintiff's motion for preliminary injunctive relief, Defendant, including its subsidiaries, affiliates, officers, directors, employees, and all others acting in concert with each and all of them, **IS TEMPORARILY RESTRAINED** from:

(a) utilizing any Mitsubishi trade name, trademark, or trade dress at the Main Street Location; and

(b) operating a Mitsubishi dealership at the Main Street Location, except that Defendant may sell used motor vehicles at the Main Street Location.

**IT IS FURTHER ORDERED** that service of this Order to Show Cause, together with the papers upon which it was granted, shall be deemed good and proper if delivered to the office of Defendant's counsel on or before ___ o'clock on the ___ day of _____, 2018.

**IT IS FURTHER ORDERED** that any papers in opposition to the application for a preliminary injunction shall be served on counsel for Plaintiff and filed with this Court so as to be received on or before ____ o'clock on the ___ day of _____, 2018.

Dated: Central Islip, New York
       February__, 2018

Time: _____

_____
United States District Judge
Eastern District of New York

*Declined to Sign*
                    *SJF/J.R.*

2