UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
MITSUBISHI MOTORS NORTH
AMERICA, INC.,

                Plaintiff,                NOTICE OF MOTION

  -against-                           By: RICHARD SIMON, ESQ.

GRAND AUTOMOTIVE, INC. d/b/a    To Withdraw as Defendant's Counsel
PLANET MITSUBISHI,

                                        Case No. 18-CV-814(SJF)(SIL)

                Defendant.
----------------------------------------x

      TAKE NOTICE that, upon the Declaration of RICHARD SIMON, ESQ., executed January 27, 2019, and the prior proceedings herein, RICHARD SIMON, ESQ. will move this court, on February 28, 2019 (11:15 a.m.) at the scheduled case status conference, before the Hon. Sandra Feuerstein, United States District Judge, at the courthouse: 100 Federal Plaza, Central Islip, NY 11722, courtroom 1010, for an Order granting his application to withdraw as attorney for the defendant, together with such further relief this court may deem just and proper, including a stay of all future proceedings herein up to -30- days to enable the defendant to retain substitute counsel.

Dated: January 27, 2019
New Haven, CT                                     /s/ RS, ESQ.
                                                     _____
                                                     RICHARD SIMON, ESQ.
                                                     Attorney for Defendant
                                                   1461 Franklin Ave., Suite LL-S
                                                 Garden City, NY 11530
                                                 631-766-8762
                                                 rsimonesq@yahoo.com