UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
MITSUBISHI MOTORS NORTH
AMERICA, INC.,
         Plaintiff,
  -against-

GRAND AUTOMOTIVE, INC. d/b/a
PLANET MITSUBISHI,

         Defendant.
-------------------------------------x

ADMISSION OF SERVICE

of RICHARD SIMON, ESQ. Rule 1.4
Motion to Withdraw as Counsel

Case No. 18-CV-814(SJF)(SIL)

KANHIYA KINNEY GALANI, declares, pursuant to 28 U.S.C. 1746, the truth of the following under the penalties of perjury:

1. I am President of the defendant GRAND AUTOMOTIVE, INC.

2. On <u>January 28, 2019</u> I received, by personal delivery, RICHARD SIMON's Notice of Motion (with his supporting Declaration) seeking an Order granting his withdrawal herein as attorney for GRAND AUTOMOTIVE, INC.

3. The motion's return date is February 28, 2019, when I will be present at the court to respond thereto. RICHARD SIMON, ESQ. hasn't sought any retaining lien, and there isn't any fee dispute. I am aware this Admission of Service is in compliance with service of the Motion to Withdraw upon Grand Automotive, Inc.

I hereby verify the truth and accuracy of the statements above.

Dated: 1/30/2019
Hempstead, NY

                                           KANHIYA KINNEY GALANI
                                           President, GRAND AUTOMOTIVE, INC.